640

No. 327. Chicago, Rock Island & Pacific Ry. Co. v. Matthews. October 17, 1932. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Mr. Thomas S. Buzbee* for petitioner. *Messrs. Tom J. Terral* and *Elbert E. Godwin* for respondent.

No. 328. Hammond v. Sittel, U. S. Marshal. October 17, 1932. Petition for writ of certiorari to the Circuit of Appeals for the Ninth Circuit denied. *Mr. George B. Webster* for petitioner. *Messrs. Aloysius I. McCormick* and *Samuel W. McNabb* for respondent.

No. 334. Colston v. Burnet, Commissioner of Internal Revenue. October 17, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. George E. H. Goodner, Jerry A. Mathews*, and *Josephus C. Trimble* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist*, and *Messrs. Whitney North Seymour, John H. McEvers, Carlton Fox*, and *Wm. H. Riley, Jr.*, for respondent.

No. 336. Silverman v. United States. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. William H. Lewis* for petitioner. *Solicitor General Thacher* and *Messrs. Harry S. Ridgely* and *Paul D. Miller* for the United States.

No. 337. Hursh et al. v. Killits, U. S. District Judge. October 17, 1932. Petition for writ of certiorari